AO 440 (Rev. 06/12) Summons in a Civil Action ISS: J. Black (SPS)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia, Alexandria Division

| | | |
|---|---|---|
| Farzin Yazdani<br>*Plaintiff(s)*<br>v.<br>Stephen V. Mieszala; Juni Daehee Cho; Elvir Hozanovic (individual capacities)<br>*Defendant(s)* | ) | Civil Action No. 1:26 CV 3365 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Stephen V. Mieszala
Loudoun County Sheriff's Office
803 Sycolin Road SE
Leesburg, VA 20175
Personal delivery to named defendant requested

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Farzin Yazdani, Pro Se
505 E. Charlotte St.
Sterling, VA 20164
571-212-0936
certusverna@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

COPY

Date: 10/8/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26 cv 33365

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action ISS: J. Black (SPS)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia, Alexandria Division

Farzin Yazdani

*Plaintiff(s)*

v.

Stephen V. Mieszala; Juni Daehee Cho; Elvir Hozanovic (individual capacities)

*Defendant(s)*

Civil Action No. 1:26cv3365

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Juni Daehee Cho
Loudoun County Sheriff's Office
803 Sycolin Road SE
Leesburg, VA 20175
Personal delivery to named defendant requested

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Farzin Yazdani, Pro Se
505 E. Charlotte St.
Sterling, VA 20164
571-212-0936
certusverna@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

COPY

Date: 10/8/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26 CV 3365

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action ISS: J. Black (SPS)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia, Alexandria Division

Farzin Yazdani

*Plaintiff(s)*

v.

Stephen V. Mieszala; Juni Daehee Cho; Elvir Hozanovic (individual capacities)

*Defendant(s)*

Civil Action No. 1:26 CV 3365

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Elvir Hozanovic
Loudoun County Sheriff's Office
803 Sycolin Road SE
Leesburg, VA 20175
Personal delivery to named defendant requested

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Farzin Yazdani, Pro Se
505 E. Charlotte St.
Sterling, VA 20164
571-212-0936
certusverna@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

COPY

Date: 10/8/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26 cv 3365

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ________________
was received by me on *(date)* __________ .

❒ I personally served the summons on the individual at *(place)* __________
__________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________
__________ , a person of suitable age and discretion who resides there,
on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* __________ , who is
designated by law to accept service of process on behalf of *(name of organization)* __________
__________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because __________ ; or

❒ Other *(specify):*

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc: